IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZACHERY HOOD, Inmate #26479-037, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-564-JPG |
| | ) |
| WARDEN BLEDSOE, | ) |
| | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner, an inmate in the United States Penitentiary in Greenville, Illinois, filed this habeas corpus action pursuant to 28 U.S.C. § 2241, on July 17, 2006. On July 24, 2006, the Plaintiff filed a document in the action asking the Court to "disregard" his petition because it is incomplete. The Court construes this document as a motion to voluntarily dismiss the action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure (Doc. 3). Voluntary withdrawal of his complaint is Plaintiff's right, and, accordingly, this action is **DISMISSED WITHOUT PREJUDICE**.

IT IS SO ORDERED.

Dated: August 4, 2006

                                                     s/ J. Phil Gilbert
                                                     U. S. District Judge