IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ZACHERY HOOD, Inmate #26479-037, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | )   CIVIL NO. 06-564-JPG |
| | ) |
| WARDEN BLEDSOE, | ) |
| | ) |
| Respondent. | ) |

## JUDGMENT

On Plaintiff's motion, **IT IS ORDERED** that this action is voluntarily dismissed without prejudice.  Judgment is entered in favor of Defendants and against Plaintiff.  Plaintiff shall take nothing from this action.

August 4, 2006                               By:   **s/ J. Phil Gilbert**
*Date*                                                  *District Judge*